IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01909-WDM-CBS

AMCO INSURANCE COMPANY,

    Plaintiff,

v.

SUNBEAM PRODUCTS, INC. AND WAL-MART,

    Defendants.

and

Civil Action No. 06-cv-00260-EWN-MJW

MAY MISHEFF,

    Plaintiff,

v.

SUNBEAM PRODUCTS, INC., et al.,

    Defendants.

## ORDER OF CONSOLIDATION

Miller, J.

    This matter is before me on an unopposed motion to consolidate, filed on March 24, 2006, by Sunbeam Products, Inc. And Wal-Mart (Defendants in Civil Action No. 05-cv-01909-WDM-CBS and Civil Action No. 06-cv-00260-EWN-MJW).  The parties all agree that because these two cases involve common issues of law or fact, and because the oldest numbered case has been assigned to me, they should be

consolidated into one action before me pursuant to Fed. R. Civ. P. 42 and D.C.COLO.LCivR 42.1.  These suggestions are appropriate.

Accordingly, it is ordered that the unopposed motion to consolidate, filed (Docket No. 37 in Civil Action No. 05-cv-01909-WDM-CBS), is granted.  The two actions are consolidated for all purposes into Civil Action No. 05-cv-01909-WDM-CBS, and future filings shall bear that singular caption and number.  The order of reference to Magistrate Judge Michael J. Watanabe in Civil Action No. 05-cv-00260-EWN-MJW is withdrawn.

DATED at Denver, Colorado, on March 27, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge