IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01909-WDM-CBS

AMCO INSURANCE COMPANY,

    Plaintiff,

v.

SUNBEAM PRODUCTS, INC., et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion to remove attorney is denied as moot. Chung has never entered an appearance, nor is she receiving notices.

Dated:  May 17, 2006

                                              s/ Jane Trexler, Secretary/Deputy Clerk