IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01909-WDM-CBS

AMCO INSURANCE COMPANY,

    Plaintiff,

v.

SUNBEAM PRODUCTS INC., et al.,

    Defendants.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.  (The consolidated case remains pending.)

DATED at Denver, Colorado, on August 17, 2006.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge